**WARD, KEENAN & BARRETT, P.C.**
Gerald Barrett, State Bar No. 5855
3838 North Central Ave., Suite 1720
Phoenix, Arizona 85012
Tel: (602) 279-1717
Fax: (602) 279-8908
gbarrett@wardkeenanbarrett.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re Opendoor Technologies, Inc. Stockholder Litigation | Case No. 2:23-cv-00367-MTL (Consolidated with 2:23-cv-00455-DMF) <br><br> (Hon. Michel T. Liburdi) <br><br> **PLAINTIFFS' NOTICE OF** <br><br> **VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 23.1(c) and Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss their claims in the above-captioned consolidated action (the "Action"). No compensation in any form has passed directly or indirectly from any of the Defendants to Plaintiffs or counsel for Plaintiffs, and no promise to give any such compensation has been made. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

DATED: June 22, 2023

**WARD KEENAN BARRETT PC**

By:  */s/Gerald Barrett*
Gerald Barrett
N. Central Avenue, Suite 1720
Phoenix, AZ 85012
Tel.: (602) 279-1717
Fax: (602) 279-8908
gbarrett@wardkeenanbarrett.com

**RIGRODSKY LAW, P.A.**
Timothy J. MacFall (admitted *pro hac vice*)
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Tel.: (516) 683-3516
Fax: (302) 654-7530
Email: tjm@rl-legal.com

*Attorneys for Ryan Carlson*

**MARTIN BONNETT, PLLC**
Jennifer Kroll
Susan Martin
4647 N. 32nd St., Suite 185
Phoenix, 85018
Tel: (602) 240-6900
Email: jkroll@martinbonnett.com
Email: smartin@martinbonnett.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Fl.

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 2:23-CV-00367-MTL

New York, NY 10017
Tel: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

***Attorneys for Seth Van Dorn***

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 2:23-CV-00367-MTL

3